| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Virgil Bob Owens | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Western District of Missouri | | | |
| Case number (If known) | 19-30127 | | |

## Official Form 427

# Cover Sheet for Reaffirmation Agreement

12/15

**Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.**

### Part 1:   Explain the Repayment Terms of the Reaffirmation Agreement

**1.  Who is the creditor?**

Performance Finance
Name of the creditor

**2.  How much is the debt?**

On the date that the bankruptcy case is filed   $ _____ 12,944.70

To be paid under the reaffirmation agreement  $ _____ 12,944.70

$ 337.25 per month for 52 ____ months (if fixed interest rate)

**3.  What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed _____ 14.49 %

Under the reaffirmation agreement _____ 14.49 % ☑ Fixed rate
☐ Adjustable rate

**4.  Does collateral secure the debt?**

☐ No
☑ Yes.  Describe the collateral.  2016 Indian Chief

Current market value    $ _____

**5.  Does the creditor assert that the debt is nondischargeable?**

☐ No
☐ Yes.  Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6.  Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

| Income and expenses reported on Schedules I and J | | Income and expenses stated on the reaffirmation agreement | |
|---|---|---|---|
| 6a. Combined monthly income from line 12 of Schedule I | $ 4533.58 | 6e. Monthly income from all sources after payroll deductions | $ 4533.58 |
| 6b. Monthly expenses from line 22c of Schedule J | – $ 4495.00 | 6f. Monthly expenses | – $ 4495.00 |
| 6c. Monthly payments on all reaffirmed debts not listed on Schedule J | – $ .00 | 6g. Monthly payments on all reaffirmed debts not included in monthly expenses | – $ .00 |
| 6d. Scheduled net monthly income | $ 38.58 | 6h. Present net monthly income | $ 38.58 |
| Subtract lines 6b and 6c from 6a. | | Subtract lines 6f and 6g from 6e. | |
| If the total is less than 0, put the number in brackets. | | If the total is less than 0, put the number in brackets. | |

Debtor 1   <u>Virgil Bob Owens</u>                                                    Case number (if known) <u>19-30127</u>
         First Name      Middle Name        Last Name

| 7. Are the income amounts on lines 6a and 6e different? | ☒ No<br>☐ Yes. Explain why they are different and complete line 10. _____ <br><br> _____ |
|---|---|
| 8. Are the expense amounts on lines 6b and 6f different? | ☒ No<br>☐ Yes. Explain why they are different and complete line 10. _____ <br><br> _____ |
| 9. Is the net monthly income in line 6h less than 0? | ☒ No<br>☐ Yes. A presumption of hardship arises (unless the creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.<br><br> _____ <br><br> _____ |
| 10. Debtor's certification about lines 7-9<br><br>If any answer on lines 7-9 is *Yes*, the debtor must sign here.<br><br>If all the answers on lines 7-9 are *No*, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>✗ _____    ✗ _____<br>Signature of Debtor 1                Signature of Debtor 2 (Spouse Only in a Joint Case) |
| 11. Did an attorney represent the debtor in negotiating the reaffirmation agreement? | ☐ No<br>☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>☐ No<br>☒ Yes |

---

**Part 2:   Sign Here**

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement.*

✗ _____*Jennifer Marshall*_____    Date 04/21/2019
   Signature                                        MM / DD / YYYY

Jennifer Marshall
Printed Name

Check one:

☐ Debtor or Debtor's Attorney

☒ Creditor or Creditor's Attorney

Form 2400A (12/15)

<div style="border:1px solid black; float:right;">
Check one.

☐ **Presumption of Undue Hardship**

☒ **No Presumption of Undue Hardship**

*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*
</div>

# UNITED STATES BANKRUPTCY COURT

### Western District of Missouri

In re ___Virgil Bob Owens_____,          Case No. _19-30127_____

*Debtor*

Chapter _7_____

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** _Performance Finance_____

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: _Motorcycle loan_____

*For example, auto loan*

B. *AMOUNT REAFFIRMED*:        $_____12,944.70___

> The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before ____03/01/2019_____, which is the date of the Disclosure Statement portion of this form (Part V).

> *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is __14.4900 %.

> *See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate        ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Form 2400A, Reaffirmation Documents                                                    Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

   [✓]  $ __337.25__ per month for ___52___ months starting on __03/24/2019__ .

   [ ]  Describe repayment terms, including whether future payment amount(s) may be different from
        the initial payment amount.

E. Describe the collateral, if any, securing the debt:

   Description:              2016 Indian Chief
   Current Market Value      $_____

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   [✓] Yes.  What was the purchase price for the collateral?        $            16,594.00

   [ ] No.   What was the amount of the original loan?              $_____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed
debt and any related agreement:

| | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $        12,944.70 | $        12,944.70 |
| Annual Percentage Rate | 14.4900 % | 14.4900 % |
| Monthly Payment | $     337.25 | $     337.25 |

H. [ ]  Check this box if the creditor is agreeing to provide you with additional future credit in connection with
        this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to
        future credit and any other terms on future purchases and advances using such credit:

## PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

   Check one.  [✓] Yes     [ ] No

B. Is the creditor a credit union?

   Check one.  [ ] Yes     [✓] No

Form 2400A, Reaffirmation Documents                                                                 Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

   1.   Your present monthly income and expenses are:

       a. Monthly income from all sources after payroll deductions
       (take-home pay plus any other income)                $ *4533.58*

       b. Monthly expenses (including all reaffirmed debts except
       this one)                                   $ *4157.75*

       c. Amount available to pay this reaffirmed debt (subtract b. from a.)   $ *375.83*

       d. Amount of monthly payment required for this reaffirmed debt    $ *337.25*

       *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   2.   You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

       Check one of the two statements below, if applicable:

☑     You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

☐     You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

       Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

☐     You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Form 2400A, Reaffirmation Documents                                                Page 4

## PART III.  CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)    I agree to reaffirm the debt described above.

(2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _4/26/19_        Signature _____
                                              *Debtor*

Date _____   Signature _____
                                              *Joint Debtor, if any*


### Reaffirmation Agreement Terms Accepted by Creditor:

Creditor _Performance Finance_          _10509 Professional Circle, SU 202 Reno NV 8952_
            *Print Name*                              *Address*

_Jennifer Marshall_          _Jennifer Marshall_          _04/21/2019_
*Print Name of Representative*          *Signature*                *Date*


## PART IV.  CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _04/26/19_ Signature of Debtor's Attorney _____

Print Name of Debtor's Attorney _Philip J. Metz_